STATE OF MAINE
LINCOLN, SS

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.:WISSC-CV-21

| | |
|---|---|
| JAMES WRIGHT, of Middleburg, County of Clay, State of Florida<br>Plaintiff<br><br>VS.<br><br>HOMEAWAY HOLDINGS, INC./VRBO, a foreign corporation with a place of business in Austin, County of Travis , State of Texas<br><br>AND<br><br><br>CARLA ERICKSON-SEWALL & PHILIP SEWALL of West Port Island, County of Lincoln, State of Maine<br>Defendants | COMPLAINT |

NOW COMES the Plaintiff, by and through him attorneys, and complains against the Defendants as follows:

### COUNT I

1.  Plaintiff James Wright (hereinafter "Plaintiff") is a resident of Middleburg, County of Clay, State of Florida.

2.  Defendant HomeAway Holdings, Inc./ VRBO (hereinafter "VRBO") is a foreign corporation doing business in Austin, County of Travis, State of Texas.

3.  Defendants Carla Erickson-Sewall & Philip Sewall (Hereinafter "The Sewalls") are residents of West Port Island, County of Lincoln, State of Maine.

4.  On or about September 16, 2018 Plaintiff James Wright was lawfully on the premises at certain real property owned and/or occupied  by The Sewalls, 45 Winslow's Mills Road, Waldoboro, Maine and Maintained, managed and provided for use by VRBO.

5.  At said time and place, Defendants owed Plaintiff James Wright the duty to properly maintain said property.

6.  As a direct and proximate result of the negligence of the Defendants' agent, servant or employee aforesaid,  Plaintiff caught his right toe on lose carpet on the stairs causing him to fall backwards over the railing, causing serious injuries to  and otherwise greatly injuring the plaintiff in mind and body.

7.  Said injuries caused great pain and suffering and mental anguish to Plaintiff requiring hospitalization and medical treatment for which Plaintiff is liable financially, have caused him loss of enjoyment of life, loss of earnings, and loss of earning capacity, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff  James Wright prays judgment that is reasonable against the Defendants  VRBO and The Sewalls on this Count I, plus interests and costs.  The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT II

8.  Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 7 and incorporates the same herein by reference.

9.  Defendant VRBO owed Plaintiff the duty of exercising reasonable care to provide premises which he was invited to use or which he could be reasonably expected to use, that were reasonably safe for his use.

10. Defendant VRBO breached its said duty to provide reasonably safe premises, as a direct and proximate result of which Plaintiff James Wright sustained the aforesaid serious injuries.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant VRBO this Count II, plus interest and costs.  The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT III

11. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 10 and incorporates the same herein by reference.

12. Defendant VRBO owed Plaintiff the duty of warn of dangerous conditions that Defendant knew or should have known of, existing on premises reasonably expected to be used by Plaintiff.

13. Defendant VRBO breached its said duty to warn of the dangerous condition, as a direct and proximate result of which Plaintiff James Wright sustained the aforesaid serious injuries.

14. Defendant VRBO was further negligent in failing to warn, instruct, label or otherwise adequately inform the public of the dangerous and defective nature of the premises.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant VRBO on they Count III, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT IV

15. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 14 and incorporates the same herein by reference.

16. Defendant VRBO owed Plaintiff the duty to conduct inspections of the Premises so as to discover dangerous conditions and/or any latent defects thereon, and to take appropriate corrective measure with respect thereto.

17. Defendant VRBO breached its duty to Plaintiff by negligently failing to conduct an inspection of the Premises, thereby allowing a dangerous and/or latent defect to exist on the Premises for a prolonged and unreasonable period of time.

18. As a direct and proximate result of Defendant's negligence, Plaintiff encountered a dangerous and/or latent condition on the Premises, thereby sustaining the aforesaid serious injuries.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant VRBO, in this Count IV, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT V

19. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 18 and incorporates the same herein by reference.

20. Defendant The Sewalls owed Plaintiff the duty of exercising reasonable care to provide premises which he was invited to use or which he could be reasonably expected to use, that were reasonably safe for his use.

21. Defendant The Sewalls breached its said duty to provide reasonably safe premises, as a direct and proximate result of which Plaintiff James Wright sustained the aforesaid serious injuries.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant The Sewalls this Count V, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT VI

22. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 21 and incorporates the same herein by reference.

23. Defendant The Sewalls owed Plaintiff the duty of warn of dangerous conditions that Defendant knew or should have known of, existing on premises reasonably expected to be used by Plaintiff.

24. Defendant The Sewalls breached its said duty to warn of the dangerous condition, as a direct and proximate result of which Plaintiff James Wright sustained the aforesaid serious injuries.

25. Defendant The Sewalls was further negligent in failing to warn, instruct, label or otherwise adequately inform the public of the dangerous and defective nature of the premises.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant The Sewalls on they Count VI, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT VII

26. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 25 and incorporates the same herein by reference.

27. Defendant The Sewalls owed Plaintiff the duty to conduct inspections of the Premises so as to discover dangerous conditions and/or any latent defects thereon, and to take appropriate corrective measure with respect thereto.

28. Defendant The Sewalls breached its duty to Plaintiff by negligently failing to conduct an inspection of the Premises, thereby allowing a dangerous and/or latent defect to exist on the Premises for a prolonged and unreasonable period of time.

29. As a direct and proximate result of Defendant's negligence, Plaintiff encountered a dangerous and/or latent condition on the Premises, thereby sustaining the aforesaid serious injuries.

WHEREFORE, Plaintiff James Wright prays judgment that is reasonable against the Defendant Sewall's, in this Count VII, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

DATED at Lewiston, Maine, this 22nd day of July, 2021.

Christian J. Lewis, Esq.
Bar No.: 10034
Attorney for Plaintiff
Hardy Wolf & Downing, PA
PO Box 3065
Lewiston, Maine 04243-3065
207-784-1589
email: clewis@hardywolf.com